UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:20-cv-03860-SHK** | Date: | February 25, 2021 |
| Title: | *Isis Nix v. Andrew M. Saul* | | |

Present: The Honorable   Shashi Kewalramani, United States Magistrate Judge

| | |
|---|---|
| D. Castellanos | Not Reported |
| Deputy Clerk | Court Reporter |

| | |
|---|---|
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| None Present | None Present |

**Proceedings (IN CHAMBERS):   ORDER TO SHOW CAUSE**

On April 28, 2020, Plaintiff Isis Nix ("Plaintiff"), represented by counsel—Suzanne C. Leidner ("Ms. Leidner")—filed a Complaint ("Complaint" or "Compl.") seeking judicial review of a decision of the Commissioner of Social Security ("Commissioner" or "Defendant"). Electronic Case Filing Number ("ECF No.") 1, Compl.  On April 30, 2020, the Court issued its Case Management Order ("CMO") in which the Court set the litigation deadlines for the parties. ECF No. 9, CMO.

In the CMO, the parties were ordered to, in pertinent part, submit their joint submission ("Joint Submission" or "JS") regarding the issues on appeal ninety-one days after Defendant filed its Answer ("Answer") to Plaintiff's Complaint.  See id. at 2 (requiring Plaintiff to provide Defendant with Plaintiff's portion of the JS thirty-five days after Defendant filed its Answer, Defendant to provide its portion of the JS to Plaintiff within thirty-five days of receiving Plaintiff's portion of the JS, Plaintiff to provide Defendant with any optional reply within fourteen days of receiving Defendant's portion of the JS, and Defendant to file the JS with the Court within seven days of receiving Plaintiff's optional reply, or the deadline to do so passing (35+35+14+7=91 days)).

Defendant filed its Answer to Plaintiff's Complaint on November 3, 2020.  See ECF No. 15, Answer.  Consequently, the Joint Submission was due ninety-one days later on February 2, 2021. As of the date of this order to show cause ("OSC")—nearly three weeks after the deadline to do so has passed—the Joint Submission has not yet been filed.

Accordingly, Plaintiff is **ordered to show cause by March 4, 2021** why this case should not be dismissed for failure to prosecute and follow Court orders.  Plaintiff may satisfy this OSC by

filing, or causing Defendant to file, the Joint Submission with the Court.  If Plaintiff no longer wishes to pursue this action, Plaintiff may file a request to dismiss this action pursuant to Federal Rule of Civil Procedure ("Rule") 41(a) or the parties may file a stipulation to dismiss the action that is signed by all parties.

Plaintiff is warned that failure to timely respond to this OSC in the manner ordered above **will result in this action being dismissed** with or without prejudice under Rule 41(b) for failure to prosecute and obey Court orders.  Plaintiff is warned that extensions of time to satisfy this OSC will be granted sparingly and only for very good cause shown because the Joint Submission is already nearly three weeks late and the parties have failed to seek an extension of time to submit the Joint Submission.  Moreover, the Court observes that Ms. Leidner has had issues with meeting Court deadlines and following Court orders in other matters before the Court and, despite repeated warnings that cases she is handling will be dismissed for failure to prosecute and follow Court orders, Ms. Leidner has nevertheless failed to prosecute and follow Court orders, which has led to the dismissal of cases she has handled.  See, e.g., Lizeth M. Vazquez v. Andrew M. Saul, No. 5:19-cv-01923-ADS (C.D. Cal. Oct. 8, 2019) (case dismissed with prejudice for Ms. Leidner's failure to prosecute and obey Court orders).  Thus, Ms. Leidner has been put on notice of her duty to diligently prosecute cases in this Court and to follow this Court's orders and, despite having been put on notice of these duties, Ms. Leidner has once again failed to diligently discharge her duties before this Court.

IT IS SO ORDERED.

---

**CIVIL MINUTES—GENERAL**                    Initials of Deputy Clerk: DC