JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ISIS NIX, | | |
|---|---|---|
| | Plaintiff, | Case No. 2:20-cv-03860-SHK |
| v. | | |
| ANDREW M. SAUL, Comm'r Soc. Sec. Admin., | | **JUDGMENT** |
| | Defendant. | |

It is the judgment of this Court that this case is DISMISSED without prejudice consistent with the Court's Order.

DATED: 03/30/2021

HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge