JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.N., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | Case No. 2:20-cv-03860-SHK <br><br> JUDGMENT |

It is the judgment of this Court that the Social Security Commissioner's decision is AFFIRMED and this case is DISMISSED without prejudice consistent with this Court's Order.

DATED: 07/13/2022

HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge